JOSEPH GOLAINE, PLAINTIFF-APPELLANT, v. S. GERALD CARDINALE, MAYOR OF THE BOROUGH OF DEMAREST, AND MAYOR AND COUNCIL OF THE BOROUGH OF DEMAREST, DEFENDANTS-RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Argued October 24, 1978—Decided November 14, 1978.

Before Judges HALPERN, ARD and ANTELL.

*Mr. Richard A. Kurland* argued the cause for the appellant (*Messrs. Stein and Kurland,* attorneys).

*Mr. Richard D. McLaughlin* argued the cause for the respondents (*Mr. John A. Schepisi,* attorney).

PER CURIAM. The judgment of the Superior Court, Law Division, is affirmed substantially for the reasons expressed in the opinion of the court below, 142 *N. J. Super.* 385.
Affirmed.